**UNITED STATES of America,**
**Plaintiff–Appellee,**

**v.**

**Robert James GRAVES, Defendant–**
**Appellant.**

**No. 12–6273.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2012.

Decided: Aug. 1, 2012.

Robert James Graves, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before GREGORY, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert James Graves appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we grant Graves leave to proceed on appeal in forma pauperis and affirm for the reasons stated by the district court. *United States v. Graves,* No. 4:99–cr–70049–NKM–1 (W.D.Va. Jan. 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*